1. Keith E. Smith (State Bar No. 244505)
   kesmith@wshblaw.com
2. Julia Ramos (State Bar No. 342342)
   jramos@wshblaw.com
3. WOOD, SMITH, HENNING & BERMAN LLP
   21804 Cactus Avenue, Suite 200
4. Riverside, California 92518-3010
   Phone: 951 779 5000 ♦ Fax: 951 755 1650
5.
6. Attorneys for Defendant, AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation,
7.
8.
9.          UNITED STATES DISTRICT COURT
10.        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
11.

| 12. GARY S. HANN, | Case No. 5:23-cv-1252-SSS (ASx) |
| 13.     Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF THE PLAINTIFF GARY S. HANN'S COMPLAINT** |
| 14. v. | |
| 15. AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation, | The Hon. Sunshine Sykes |
| 16. | |
| 17.     Defendants. | Trial Date:     None Set |

18.
19. **TO THE HON. SUNSHINE SYKES:**
20.     THE PARTIES TO THIS ACTION, acting through counsel, and pursuant to
21. Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of
22. a negotiated settlement executed by them, to the following:
23.     1.     The Complaint of Gary S. Hann shall be dismissed, with prejudice,
24. with each party to bear their own fees and costs.
25.     **The Filer hereby attests that all signatories listed, and on whose behalf**
26. **the filing is submitted, concur in the filing's content and have authorized the**
27. **filing.**
28.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
21804 CACTUS AVENUE, SUITE 200
RIVERSIDE, CALIFORNIA 92518-3010
TELEPHONE 951 779 5000 ♦ FAX 951 755 1650

30999334.1:06143-1118

JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF THE PLAINTIFF GARY S. HANN'S COMPLAINT

DATED: January 19, 2024

By: _____
GARY S. HANN, IN PRO SE
for Plaintiff, Gary S. Hann

DATED: January 18, 2024        WOOD, SMITH, HENNING & BERMAN LLP

By: _____
KEITH E. SMITH
JULIA RAMOS
GARY S. HANN, IN PRO SE
for Defendant, AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
21804 CACTUS AVENUE, SUITE 200
RIVERSIDE, CALIFORNIA 92518-3010
TELEPHONE 951 779 5000 ♦ FAX 951 755 1650

30999334.1:06143-1118
-2-
JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF THE PLAINTIFF GARY S. HANN'S COMPLAINT

# CERTIFICATE OF SERVICE

On January 19, 2024, I served the foregoing document on all parties using the Court's ECF system, which satisfies service requirements pursuant to L.R. 5-3.2.

/s/ Keith E. Smith
--------------------
KEITH E. SMITH
Defendant, AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation.