JS-6

Keith E. Smith (State Bar No. 244505)
kesmith@wshblaw.com
Julia Ramos (State Bar No. 342342)
jramos@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
21804 Cactus Avenue, Suite 200
Riverside, California 92518-3010
Phone: 951 779 5000 ♦ Fax: 951 755 1650

Attorneys for Defendant, AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GARY S. HANN,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CONTRACT BRIDGE LEAGUE, INC., a New York Corporation,<br><br>    Defendants. | Case No. 5:23-cv-1252-SSS (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF GARY S. HANN'S COMPLAINT**<br><br>The Hon. Sunshine Sykes<br><br>Trial Date:    None Set |

30999513.1:06143-1118

ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF GARY S. HANN'S COMPLAINT

1  On January 18, 2024, the Parties filed a Joint Stipulation to Dismiss the above
2  captioned matter, with Prejudice.
3  The Joint Stipulation is made in consideration of a negotiated settlement
4  executed by the Parties.
5  The Court, having considered the Parties Stipulation to Dismiss Plaintiff Gary
6  S. Hann's Complaint, with Prejudice, hereby GRANT the requested dismissal.

**IT IS SO ORDERED.**

DATED: January 23, 2024

_____
SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
21804 CACTUS AVENUE, SUITE 200
RIVERSIDE, CALIFORNIA 92518-3010
TELEPHONE 951 779 5000 ♦ FAX 951 755 1650

30999513.1:06143-1118

-2-
ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF GARY S. HANN'S COMPLAINT